IN THE UNITED STATES DISTRICT COURT
FOR THEWESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **CYNTHIA PUGH,** | * | |
| | * | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | * | |
| | * | |
| v. | * | No. 07-02268-JDB-dkv |
| | * | |
| | * | |
| **SCHNUCK MARKETS, INC.,** | * | |
| | * | |
| **Defendant.** | * | |

**DECISION BY COUURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the stipulation of the parties agreeing to the dismissal of this civil action with prejudice, entered on July  **23** , 2007, this cause is hereby dismissed with prejudice.


s/Diane K. Vescovo_____
DIANE K. VESCOVO
UNITED STATES DISTRICT COURT

  July 23, 2007                                       Thomas M. *Gould*
    DATE                                              Clerk of Court


                                                     Betty Guy
                                                     (By) Deputy Clerk